PD-0425-15

JULIO TORRES PALOMO
TDC-CID # 1923341
MC CONNELL UNIT
3001 S. EMILY dr.
BEEVILLE, TEXAS 78102

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 29 2015

Abel Acosta, Clerk

SEPTEMBER 23, 2015

Abel Acosta, Clerk
Court of Criminal Appeals
OF TEXAS
P.O. Box 12308 Capitol Station
Austin, Texas 78711

FILED IN
COURT OF CRIMINAL APPEALS

OCT 01 2015

Abel Acosta, Clerk

SUBJECT! denied PRO-SE MOTION TO EXCEED PAGE LIMIT
TR. CT. 28777; COA NO. 06-14-00076-CR; PD-0425-15

GREETINGS: MAY God's blessings be upon you...

Please be informed I have received official notice of "PRO-SE MOTION TO EXCEED PAGES" has been denied, on 9-17-15.

I therefore request this Honorable Court retract my petition (original) and allow me to reformat it to it's proper length per T.R.AP. Rule 9.4(i),(2)(a).

I humbly apologize to this court, should I be allowed once received I shall reformat petition and request it be heard de novo.

CC: FILE

RESPECTFULLY
Julio Palomo